UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GWENDOLYN HAMIDOU,

      Plaintiff,

v.                                                            Case No. 1:20-cv-321
                                                              Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant,
_____/

**ORDER**

In accordance with the Opinion filed this date, this case is **REMANDED** pursuant to sentence six of 42 U.S.C. § 405(g).  This case shall be **administratively closed** pending further order of the Court.

**IT IS SO ORDERED**.

Dated:  September 28, 2021                           /s/ Ray Kent
                                                               United States Magistrate Judge